ALICE M. CAMPBELL and Another, Respondents, v. BERNARD A. GRAY and Others, Appellants.— Motion to modify restraining order entered May 27, 1938,

granted. [See 254 App. Div. 824.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.